**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   T-Mobile
   Legal D Emergency Response
   4 Sylvan Way
   Parsippany, NJ 07054

2. [Article Number] 7018 1830 0000 9605 5838

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X   T-Mobile USA
       4 Sylvan Way
       Parsippany, NJ 07054
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   2020 OCT 22 A 10:11
   U.S. DISTRICT COURT
   DISTRICT OF NEW JERSEY
   RECEIVED

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540



US District Court
Clerk, Rm 4015
50 Walnut St.
Newark, NJ 07102

24-5721